STATE of Missouri, Respondent,

v.

Eric PIGGEE, Appellant.

No. ED 83630.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 9, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 5, 2005.

S. Kristina Starke, District Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kay Spillars, Leslie E. McNamara, Assistant Attorneys General, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J. and BOOKER T. SHAW, J.

**ORDER**

PER CURIAM.

Appellant, Eric Piggee ("Defendant"), appeals from the judgment of the Circuit Court of the City of St. Louis convicting him of two counts of possession of a controlled substance, section 195.202 RSMo 2000,[1] after a jury trial. Defendant was sentenced pursuant to section 559.115.2 to concurrent terms of five years imprisonment on each count. These sentences

1. All statutory references are to RSMo 2000 unless otherwise indicated.

were also to run concurrently with the sentence imposed under cause number 031–20. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).